IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 04-0444 |
| | ) | |
| MARK ALEXANDER LASSITER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter comes before the Court on the Government's Motion for Reduction in Sentence pursuant to Fed. R. Crim. P. 35(b). It appearing to the Court that Defendant has provided "substantial assistance in investigating or prosecuting another person," Fed. R. Crim. P. 35(b), it is hereby

ORDERED that the Government's Motion is GRANTED and the Defendant's sentence is reduced from the twenty-four (24) months heretofore imposed to eighteen (18) months.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 21, 2006